Of Counsel:
KEVIN SUMIDA & ASSOCIATES
A Limited Liability Law Company

KEVIN P.H. SUMIDA        2544-0
LANCE S. AU              6244-0
ANTHONY L. WONG          6018-0
Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawai`i  96813
Telephone No. 808-356-2600
email: ksumida@hawaiilaw411.com;
twong@hawaiilaw411.com

Attorneys for Defendant
DANIEL CUNNINGHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICHARD ANDREW ALEXANDER; DANTE BALSIMO; ROBERT A. BATES; PHOT CHANTIRATH; JOANNE CLAY; WILLIAM CLAY; RENO DAWSON; MICHAEL DRANE; HAROLD FOUST; JONATHAN GRIFFIN; RAPHAEL GUTIERREZ; CHRISTOPHER HAWKINS; LAURALYN HAWKINS; MCKINLEY JOHNSON; VINCENT JOHNSON; DARELL MAGLINTI; JACK MENDOZA; KEVIN MURATA; HOLLY NOJIMA; ALISON PRAY; BRUCE RAGLIN; MARK RIPLEY; VAN ROHN; SCOTT SMITH; ALTHEA STUDMIRE; RICHARD SUMIYE; JESSE TAYLOR; MARTIN THROWMAN; SHIRLEY TORRES; HAL WISE; BERNADETTE YOCKMAN, <br><br>    Plaintiffs, <br><br> vs. <br><br> LOIDA BUMANGLAG SANTOS; GRACE BUMANGLAG SANTOS; GEORGE RONALD E. JENKINS; DANIEL CUNNINGHAM; AND DOE DEFENDANTS 1-10, <br><br>    Defendants. | CIVIL NO. CV09-00193 DAE/LEK <br><br> STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE; ORDER |

**STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties described hereinbelow, through their respective counsel, hereby stipulate that all claims of the following named plaintiffs be dismissed **With Prejudice**, each party to bear their own costs and attorneys' fees:

RICHARD ALEXANDER

DANTE BALSIMO

ROBERT BATES

PHOT CHANTIRATH

WILLIAM CLAY

RENO DAWSON

MICHAEL DRANE

HAROLD FOUST

JOHNATHAN GRIFFIN

RAPHAEL GUTIERREZ

MCKINLEY JOHNSON

DARELL MAGLINTI

JACK MENDOZA

KEVIN MURATA

BRUCE RAGLIN

MARK RIPLEY

VAN ROHN

SCOTT SMITH

HAL WISE

      LAURALYN HAWKINS

      SHIRLEY TORRES

      ALTHEA STUDMIRE

      ALISON PRAY

      CHRIS HAWKINS

      JESSE TAYLOR

      VINCENT JOHNSON

      RICHARD SUMIYE

The claims of the following named plaintiffs are not the subject of this stipulation and still remain in this case:

      HOLLY NOJIMA

      JOANNE CLAY

      MARTIN THROWMAN

      BERNADETTE YOCKMAN

This stipulation is signed by or on behalf of all parties who have appeared in this case, as hereunder described. Trial is scheduled for June 8, 2010.

      DATED: HONOLULU, HAWAII, November 16, 2009.

                                                  /s/ Kevin P.H. Sumida
                                                  KEVIN P.H. SUMIDA
                                                  ANTHONY L. WONG
                                                  Attorneys for Defendant

                        DANIEL CUNNINGHAM

DATED: HONOLULU, HAWAII, November 10, 2009.

                          */s/ Christopher A. Dias*
                          CHRISTOPHER A. DIAS
                          Attorney for Plaintiffs

DATED: HONOLULU, HAWAII, November 16, 2009.

                          */s/ Jacqueline E. Thurston*
                          JONATHAN L. ORTIZ
                          JACQUELINE E. THURSTON
                          Attorney for defendants LOIDA
                          BUMANGLAG SANTOS; GRACE
                          BUMANGLAG SANTOS; GEORGE
                          RONALD E. JENKINS

APPROVED AND SO ORDERED:
DATED: Honolulu, Hawaii, November 25, 2009.



                          David Alan Ezra
                          United States District Judge