Of Counsel:
KEVIN SUMIDA & ASSOCIATES
A Limited Liability Law Company

KEVIN P.H. SUMIDA        2544-0
LANCE S. AU              6244-0
ANTHONY L. WONG          6018-0
Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawai`i  96813
Telephone No. 808-356-2600
email: ksumida@hawaiilaw411.com;
twong@hawaiilaw411.com

Attorneys for Defendant
DANIEL CUNNINGHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

RICHARD ANDREW ALEXANDER; DANTE
BALSIMO; ROBERT A. BATES; PHOT
CHANTIRATH; JOANNE CLAY; WILLIAM
CLAY; RENO DAWSON; MICHAEL DRANE;
HAROLD FOUST; JONATHAN GRIFFIN;
RAPHAEL GUTIERREZ; CHRISTOPHER
HAWKINS; LAURALYN HAWKINS;
MCKINLEY JOHNSON; VINCENT
JOHNSON; DARELL MAGLINTI; JACK
MENDOZA; KEVIN MURATA; HOLLY
NOJIMA; ALISON PRAY; BRUCE RAGLIN;
MARK RIPLEY; VAN ROHN; SCOTT
SMITH; ALTHEA STUDMIRE; RICHARD
SUMIYE; JESSE TAYLOR; MARTIN
THROWMAN; SHIRLEY TORRES;

HAL WISE; BERNADETTE YOCKMAN,

            Plaintiffs,

    vs.

LOIDA BUMANGLAG SANTOS; GRACE
BUMANGLAG SANTOS; GEORGE RONALD
E. JENKINS; DANIEL CUNNINGHAM; AND
DOE DEFENDANTS 1-10,

            Defendants.

CIVIL NO. CV09-00193 DAE/LEK

STIPULATION FOR PARTIAL
DISMISSAL WITH PREJUDICE
(YOCKMAN); ORDER

## STIPULATION FOR PARTIAL DISMISSAL
## WITH PREJUDICE (YOCKMAN)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the

parties described hereinbelow, through their respective counsel, hereby stipulate

- 2 -

that all claims of BERNADETTE YOCKMAN be dismissed **With Prejudice**, each party to bear their own costs and attorneys' fees.

For the purposes of this Stipulation, BERNADETTE YOCKMAN shall include both:

BERNADETTE K. YOCKMAN  and

BERNADETTE I. YOCKMAN.

Therefore, all claims asserted in this action by or on behalf of BERNADETTE YOCKMAN shall be deemed to have been filed by or on behalf of both BERNADETTE K. YOCKMAN and BERNADETTE I. YOCKMAN.  By the signature of their counsel below, BERNADETTE K. YOCKMAN and BERNADETTE I. YOCKMAN each submit themselves and their claims to the jurisdiction of this court, and agree that this stipulation shall act as a dismissal with prejudice of all their claims, as if:  1) the claims filed by or on behalf of Bernadette Yockman in this action were filed by or on behalf of each of them, and 2) this stipulation applies to the dismissal of such claims.

The claims of the following named plaintiffs are not the subject of this stipulation and still remain in this case:

HOLLY NOJIMA

- 3 -

JOANNE CLAY

MARTIN THROWMAN

This stipulation is signed by or on behalf of all parties who have appeared in

this case, as hereunder described.  Trial is scheduled for June 8, 2010.

- 4 -

DATED: HONOLULU, HAWAII, November 16, 2009.

      */s/ Kevin P.H. Sumida*
KEVIN P.H. SUMIDA
ANTHONY L. WONG
Attorneys for Defendant
DANIEL CUNNINGHAM

DATED: HONOLULU, HAWAII, November 10, 2009.

      */s/ Christopher A. Dias*
CHRISTOPHER A. DIAS
Attorney for Plaintiffs

DATED: HONOLULU, HAWAII, November 16, 2009.

      */s/ Jacqueline E. Thurston*
JONATHAN L. ORTIZ
JACQUELINE E. THURSTON
Attorney for defendants LOIDA
BUMANGLAG SANTOS; GRACE
BUMANGLAG SANTOS; GEORGE
RONALD E. JENKINS

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, November 25, 2009.



_____
David Alan Ezra
United States District Judge

- 5 -