# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 09-00193DAE-LEK |
| CASE NAME: | Joanne Clay, et al. Vs. Loida Bumanglag Santos, et al. |
| ATTYS FOR PLA: | Christopher A. Dias |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 02/22/2010 | TIME: | 2:05-2:10 |

COURT ACTION:  EP: Status Conference held. Final Pretrial Conference not held.

**Court Orders that the trial date and near trial deadlines be continued for 90 days. Once the court petition for conservatorship is Granted, parties shall submit stipulation to dismiss to Judge David Alan Ezra within 30 days of state court order.**

New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1. Jury trial on **Wednesday, July 7, 2010** at 9:00 a.m. before DAE
2. Final Pretrial Conference on May 25, 2010 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by May 18, 2010
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by **N/A**
7. File Dispositive Motions by **N/A**
8a. File Motions in Limine by June 15, 2010
8b. File opposition memo to a Motion in Limine by June 22, 2010
11a. Plaintiff's Expert Witness Disclosures by **N/A**
11b. Defendant's Expert Witness Disclosures by **N/A**
12. Discovery deadline **N/A**
13. Settlement Conference set for **on call** before LEK
14. Settlement Conference statements by **N/A**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by June 22, 2010
21. File Final witness list by June 15, 2010

24. Exchange Exhibit and Demonstrative aids by June 8, 2010
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by June 15, 2010
26. File objections to the Exhibits by June 22, 2010
28a. File Deposition Excerpt Designations by June 15, 2010
28b. File Deposition Counter Designations and Objections by June 22, 2010
29. File Trial Brief by June 22, 2010
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 09-00193DAE-LEK;
Joanne Clay, et al. Vs. Loida Bumanglag Santos, et al.;
Rule 16 Scheduling Conference Minutes
02/22/2010