IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOANNE CLAY, et al., ) | CIVIL NO. 09-00193 DAE-LEK |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| LOIDA BUMANGLAG SANTOS, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE'S
FINDING AND RECOMMENDATION

The Finding and Recommendation having been filed and served on all parties on March 5, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDING AND RECOMMENDATION THAT CASE BE DISMISSED WITHOUT

//

//

//

//

PREJUDICE," docket entry no. 53, are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED:  Honolulu, Hawaii, March 29, 2010.



_____
David Alan Ezra
United States District Judge

Clay et al. v. Santos et al., CV No. 09-00193 DAE-LEK; ORDER ADOPTING MAGISTRATE'S FINDING AND RECOMMENDATION