**ORIGINAL**

Of Counsel:
KEVIN SUMIDA & ASSOCIATES
A Limited Liability Law Company

| | |
|---|---|
| KEVIN P.H. SUMIDA | 2544-0 |
| LANCE S. AU | 6244-0 |
| ANTHONY L. WONG | 6018-0 |

Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawai'i 96813
Telephone No. 808-356-2600
email: ksumida@hawaiilaw411.com;
twong@hawaiilaw411.com

Attorneys for Defendant
DANIEL CUNNINGHAM

FILED IN THE
UNITED STATES DISTRICT
DISTRICT OF HAWAII
APR 23 2010
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

LODGED
APR 22 2010
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICHARD ANDREW ALEXANDER; DANTE BALSIMO; ROBERT A. BATES; PHOT CHANTIRATH; JOANNE CLAY; WILLIAM CLAY; RENO DAWSON; MICHAEL DRANE; HAROLD FOUST; JONATHAN GRIFFIN; RAPHAEL GUTIERREZ; CHRISTOPHER HAWKINS; LAURALYN HAWKINS; MCKINLEY JOHNSON; VINCENT JOHNSON; DARELL MAGLINTI; JACK MENDOZA; KEVIN MURATA; HOLLY NOJIMA; ALISON PRAY; BRUCE RAGLIN; MARK RIPLEY; VAN ROHN; SCOTT SMITH; ALTHEA STUDMIRE; RICHARD SUMIYE; JESSE TAYLOR; MARTIN THROWMAN; SHIRLEY TORRES; | CIVIL NO. CV09-00193 DAE/LEK<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL REMAINING PARTIES; ORDER  |

HAL WISE; BERNADETTE YOCKMAN,

            Plaintiffs,

vs.

LOIDA BUMANGLAG SANTOS; GRACE BUMANGLAG SANTOS; GEORGE RONALD E. JENKINS; DANIEL CUNNINGHAM; AND DOE DEFENDANTS 1-10,

            Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL REMAINING PARTIES

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties described hereinbelow, through their respective counsel, hereby stipulate that all remaining claims herein shall be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

There are no remaining parties and/or issues.

This stipulation is signed by or on behalf of all remaining appearing parties hereunder described.

Trial is scheduled for June 8, 2010.

DATED: HONOLULU, HAWAII, __APR 20 2010__

                                                  /s/

KEVIN P. H. SUMIDA
LANCE S. AU
Attorneys for Defendant
DANIEL CUNNINGHAM

DATED: HONOLULU, HAWAII, APR 20 2010

                                                  /s/

CHRISTOPHER A. DIAS
Attorney for all plaintiffs

DATED: HONOLULU, HAWAII, APR 2 0 2010

                              JONATHAN L. ORTIZ
                              JACQUELINE E. THURSTON
                              Attorney for defendants LOIDA
                              BUMANGLAG SANTOS;
                              GRACE BUMANGLAG
                              SANTOS; GEORGE RONALD
                              E. JENKINS

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT